# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00079-MR-WCM

| | |
|---|---|
| KIBMERLY SINGH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANTANDER CONSUMER USA INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Stipulation to Arbitrate [Doc. 4].

The parties to this action have agreed that there exists a written arbitration enforceable under the Federal Arbitration Act, 9 U.S.C. § 1, et seq. In light of the parties' Joint Stipulation,

**IT IS, THEREFORE, ORDERED** that the parties shall submit all pending claims asserted by and between them to binding arbitration.

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED** pending completion of the arbitration proceedings. The parties shall submit a status report to the Court every ninety (90) days advising of the status of the parties' arbitration.

**IT IS SO ORDERED.**  Signed: April 21, 2022

Martin Reidinger
Chief United States District Judge